1  Kelly C. Hunsaker (SBN: 168307)
   KHunsaker@winston.com
2  Eimeric Reig-Plessis (SBN: 321273)
   EReigPlessis@winston.com
3  WINSTON & STRAWN LLP
   255 Shoreline Drive, Suite 520
4  Redwood City, CA  94065
   Telephone: (650) 858-6500
5  Facsimile: (650) 858-6550

6  Samantha M. Lerner (admitted *pro hac vice*)
   SLerner@winston.com
7  WINSTON & STRAWN LLP
   35 W. Wacker Drive
8  Chicago, IL 60601
   Telephone: (312) 558-5600
9  Facsimile: (312) 558-5700

10 Attorneys for Defendants
   PLANTRONICS, INC. and POLYCOM, LLC (f/k/a POLYCOM, INC.)
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                              **OAKLAND DIVISION**

15

16 | KOSS CORPORATION,                  | Case No. 4:21-cv-03854-JST |
17 |         Plaintiff,                 | **STIPULATION FOR NAME CHANGE AND AMENDING CASE CAPTION AND [~~PROPOSED~~] ORDER** |
18 |         v.                         |
19 | PLANTRONICS, INC. and POLYCOM, INC.,|
20 |         Defendants.                |

**STIPULATION FOR NAME CHANGE AND AMENDING CASE CAPTION**

Pursuant to Civil L.R. 7-11, all parties hereby stipulate as follows:

WHEREAS, Plaintiff commenced this action against Defendants Plantronics, Inc., and Polycom, Inc.;

WHEREAS, Defendant Polycom, Inc. subsequently changed its name and corporate form to Polycom, LLC;

WHEREAS, Polycom, LLC is the successor-in-interest to Polycom, Inc., such that Polycom, LLC would be liable for any infringement of a valid and enforceable patent claim by Polycom, Inc. (which Plaintiff alleges and Defendants deny); and

WHEREAS, the parties agree that Polycom, LLC is the real party-in-interest for the party listed in the case caption as "Polycom, Inc." and should be named as such in the pleadings;

NOW, THEREFORE, the parties agree that:

(1) The defendant formerly known as "Polycom, Inc." shall henceforth be referred to as "Polycom, LLC";

(2) Future pleadings and other filings shall refer to the defendant formerly known as "Polycom, Inc." as "Polycom, LLC"; and

(3) The case caption will be amended to "Koss Corporation v. Plantronics, Inc. and Polycom, LLC."

| | |
|---|---|
| Dated: January 20, 2023 | Respectfully submitted, |
| | /s/ Kelly C. Hunsaker |
| | Kelly C. Hunsaker (SBN: 168307) |
| | KHunsaker@winston.com |
| | Eimeric Reig-Plessis (SBN: 321273) |
| | EReigPlessis@winston.com |
| | WINSTON & STRAWN LLP |
| | 255 Shoreline Drive, Suite 520 |
| | Redwood City, CA  94065 |
| | Telephone: (650) 858-6500 |
| | Facsimile: (650) 858-6550 |
| | |
| | Samantha M. Lerner (admitted *pro hac vice*) |
| | SLerner@winston.com |
| | WINSTON & STRAWN LLP |
| | 35 W. Wacker Drive |
| | Chicago, IL 60601 |
| | Telephone: (312) 558-5600 |
| | Facsimile: (312) 558-5700 |
| | |
| | Attorneys for Defendants PLANTRONICS, INC. and POLYCOM, LLC (f/k/a POLYCOM, INC.) |
| | |
| | /s/ Peter E. Soskin |
| | Peter E. Soskin (SBN 280347) |
| | peter.soskin@klgates.com |
| | K&L GATES LLP |
| | Four Embarcadero Center, Suite 1200 |
| | San Francisco, CA  94111 |
| | Telephone: +1 415 882 8200 |
| | Facsimile: +1 415 882 8220 |
| | |
| | Benjamin E. Weed (admitted *pro hac vice*) |
| | Benjamin.Weed@klgates.com |
| | Philip A. Kunz (admitted *pro hac vice*) |
| | philip.kunz@klgates.com |
| | Gina A. Johnson (admitted *pro hac vice*) |
| | gina.johnson@klgates.com |
| | Melissa M. Haulcomb (admitted *pro hac vice*) |
| | Melissa.Haulcomb@klgates.com |
| | James A. Shimota (admitted *pro hac vice*) |
| | james.shimota@klgates.com |
| | Amanda C. Maxfield (admitted *pro hac vice*) |
| | amanda.maxfield@klgates.com |
| | K&L GATES LLP |
| | 70 W. Madison |
| | Suite 3300 |
| | Chicago, IL 60602 |
| | Telephone: +1 312 372 1121 |
| | Facsimile: +1 312 827 8000 |
| | |
| | Attorneys for Plaintiff KOSS CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 3, 2023

_____
JON S. TIGAR
United States District Judge