1  Peter E. Soskin (SBN 280347)
   peter.soskin@klgates.com
2  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
   Tel: 415 882 8200 / Fax: 415 882 8220
4

5  Benjamin E. Weed (admitted *pro hac vice*)
   benjamin.weed@klgates.com
6  Philip A. Kunz (admitted *pro hac vice*)
   philip.kunz@klgates.com
7  James A. Shimota (admitted *pro hac vice*)
   james.shimota@klgates.com
8  **K&L GATES LLP**
9  70 W. Madison Street, Suite 3100
   Chicago, IL 60602
10 Tel: 312.372.1121 / Fax: 312.827.8000

11
   Darlene F. Ghavimi (admitted *pro hac vice*)
12 darlene.ghavimi@klgates.com
   **K&L GATES LLP**
13 2801 Via Fortuna, Suite #350
   Austin, TX 78746
14 Tel.: (512) 482-6919 / Fax: (512) 482-6859

15 *Attorneys for Plaintiff Koss Corporation*

16

17             UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA

19 KOSS CORPORATION,

20        Plaintiff,                        Case No. 4:21-cv-03854-JST

21     v.                                   **STIPULATION FOR DISMISSAL
                                            WITH PREJUDICE**
22 PLANTRONICS INC., and Polycom, LLC,
                                            **Honorable Judge Jon S. Tigar**
23        Defendants.

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH
PREJUDICE                                                    21-CV-03854-JST

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Koss Corporation and

2  Defendants Plantronics, Inc. and Polycom, LLC jointly stipulate that this action, including all

3  claims and counterclaims, be dismissed *with prejudice*, with each party to bear its own attorneys'

4  fees, costs, and expenses.

5

6  **IT IS SO STIPULATED.**

7  Dated: August 4, 2023                                          Respectfully submitted,

8  By: */s/ Peter E. Soskin*                                      By: */s/ Kelly C. Hunsaker*
       Peter E. Soskin (SBN 280347)                                    Kelly C. Hunsaker (SBN: 168307)
9      peter.soskin@klgates.com                                        KHunsaker@winston.com
       **K&L GATES LLP**                                               Eimeric Reig-Plessis (SBN: 321273)
10     Four Embarcadero Center, Suite 1200                             EReigPlessis@winston.com
       San Francisco, CA 94111                                        WINSTON & STRAWN LLP
11     Telephone: (415) 882-8200                                      255 Shoreline Drive, Suite 520
       Facsimile: (415) 882-8220                                      Redwood City, CA  94065
12                                                                     Telephone: (650) 858-6500
                                                                       Facsimile: (650) 858-6550
13     Benjamin E. Weed (*pro hac vice*)
       benjamin.weed@klgates.com                                      Samantha M. Lerner (admitted *pro hac*
14     Philip A. Kunz (*pro hac vice*)                                *vice*)
       philip.kunz@klgates.com                                        SLerner@winston.com
15     James A. Shimota (*pro hac vice*)                              WINSTON & STRAWN LLP
       james.shimota@klgates.com                                      35 W. Wacker Drive
16     **K&L GATES LLP**                                              Chicago, IL 60601
       70 W. Madison Street, Suite 3100                               Telephone: (312) 558-5600
17     Chicago, IL 60602                                              Facsimile: (312) 558-5700
       Telephone: (312) 372-1121
18     Facsimile: (312) 827-8000

19     Darlene F. Ghavimi (*pro hac vice*)                           **ATTORNEYS FOR DEFENDANTS**
       darlene.ghavimi@klgates.com                                   **PLANTRONICS INC. AND**
20     **K&L GATES LLP**                                             **POLYCOM, LLC**
       2801 Via Fortuna, Suite #350
21     Austin, TX 78746
       Tel.: (512) 482-6919
22     Facsimile: (512) 482-6859

23     **ATTORNEYS FOR PLAINTIFF**
       **KOSS CORPORATION**

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH
PREJUDICE                                                                              21-CV-03854-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ *Peter E. Soskin*
Peter E. Soskin

506920918.2

- 3 -
STIPULATION FOR DISMISSAL WITH
PREJUDICE                                                                21-CV-03854-JST

1

**<u>ORDER</u>**

2

3   Pursuant to the stipulation of the Parties, it is hereby ORDERED that:

4          Pursuant to the Parties' Stipulation, this case is hereby dismissed *with prejudice*. Each

5   party is to bear its own costs and fees.

6

7          IT IS SO ORDERED.

8

9   Dated: _____, 2023

10

11                                                    _____
                                                      THE HONORABLE JON S. TIGAR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION FOR DISMISSAL WITH
PREJUDICE                                                         21-CV-03854-JST